COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| ROSAURA ARREOLA, INDIVIDUALLY | | No. 08-20-00133-CV |
| AND ON BEHALF OF THE ESTATE OF | § | |
| JASON OROSCO MOLINAR, | | Appeal from the |
| DECEASED, | § | |
| Appellant, | | County Court at Law No. 6 |
| | § | |
| v. | | of El Paso County, Texas |
| | § | |
| UNION PACIFIC RAILROAD, HERBERT | | (TC # 2016DCV3664) |
| DIAZ AND BERT FREDRICK | § | |
| HARKNESS, | | |
| | § | |
| Appellees. | § | |

## **O R D E R**

The Court GRANTS the Appellees' third motion for extension of time within which to file the brief until July 1, 2021. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Ken Rutter, the Appellees' attorney, prepare the Appellees' Brief and forward the same to this Court on or before July 1, 2021.

IT IS SO ORDERED this 1st day of June, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.